IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CHRISTOPHER SANDERS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SALT LAKE CITY et al.,<br><br>　　　　　Defendants. | **MEMORANDUM DECISION &<br>DISMISSAL ORDER**<br><br><br>Case No. 2:18-CV-527-TC<br><br>District Judge Tena Campbell |

　　　　Plaintiff filed a prisoner civil rights complaint,[1] and was granted *in forma pauperis* status.[2] However, Plaintiff has not obeyed the Court's July 25, 2018, order to file within thirty days a "certified copy of the trust fund account statements . . . for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which prisoner is confined."[3]

　　　　Accordingly, IT IS ORDERED that--for failure to obey the Court's order and to prosecute this case--Plaintiff's action is DISMISSED without prejudice. This case is CLOSED.

　　　　DATED this 2nd day of October, 2018.

　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　JUDGE TENA CAMPBELL
　　　　　　　　　　　　　　　United States District Court

---

[1] *See* 42 U.S.C.S. § 1983 (2018).

[2] *See* 28 *id.* § 1915.

[3] *See id.* § 1915(a)(2).